IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRATZ COLLEGE,**<br>　　　　　　Plaintiff,<br>　v.<br>**SYNERGIS EDUCATION INC.,**<br>　　　　　　Defendant. | **CIVIL ACTION**<br>**NO. 14-06966** |

## ORDER

**AND NOW,** this 1st day of October, 2015, upon consideration of Synergis Education, Inc.'s Motion for Leave to Amend its Counterclaim (ECF No. 45) and Gratz College's arguments in response thereto (ECF No. 52), it is **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.