IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRATZ COLLEGE,**<br>        Plaintiff,<br>   v.<br>**SYNERGIS EDUCATION INC.,**<br>        Defendant. | **CIVIL ACTION**<br>**NO. 14-06966** |

## ORDER

**AND NOW,** this 5th day of October, 2015, upon consideration of Gratz College's Motion to Dismiss (ECF No. 52) and Synergis Education, Inc.'s arguments in response thereto (ECF No. 62), it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.