IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRATZ COLLEGE,**  *Plaintiff*,  v.  **SYNERGIS EDUCATION INC.,**  *Defendant*. | CIVIL ACTION  NO. 14–06966 |

## ORDER

**AND NOW**, this 29th day of December, 2015, upon consideration of Gratz College's ("Gratz") Motion for Leave to Amend its Complaint (ECF No. 77), Synergis Education, Inc.'s ("Synergis") Response (ECF No. 91) and Gratz's Reply (ECF No. 93), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Gerald J. Pappert_____
GERALD J. PAPPERT, J.

1